

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00312-CR

## IN RE FREDDIE LEE WALLACE

## Original Proceeding

## MEMORANDUM OPINION

Freddie Lee Wallace seeks a writ of mandamus against the Honorable Travis Bryan, judge of the 272nd District Court. For the reasons expressed in *In re Wallace*, No. 10-15-00065-CR, 2015 Tex. App. LEXIS 2682 (Tex. App.—Waco March 19, 2015, orig. proceeding), Wallace's petition for writ of mandamus is denied.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed October 5, 2016
Do not publish
[OT06]

